UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-18444 |
| | | CHAPTER 13 |
| DARRELL D. TENPENNY | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>           <u>Amount</u>
 916925                 $25.15


<u>Creditor(s)</u>
Wolpoff & Abramson, Attorneys
702 King Farm Blvd.
Two Irvington Centre
Rockville, MD 20850-5735


                    Respectfully submitted,

              /s/   <u>Margaret A. Burks, Esq.</u>
                    Margaret A. Burks, Esq.
                    Chapter 13 Trustee
                    Attorney No. OH 0030377

                    Francis J. DiCesare, Esq.
                    Staff Attorney
                    Attorney No. OH 0038798

                    Karolina F. Perr, Esq.
                    Staff Attorney
                    Attorney No. OH 0066193

                    600 Vine Street, Suite 2200
                    Cincinnati, OH 45202
                    (513) 621-4488
                    (513) 621 2643 (Facsimile)
                    mburks@cinn13.org - Correspondence only
                    fdicesare@cinn13.org
                    kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

    /s/   Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.

Wolpoff & Abramson, Attorneys
702 King Farm Blvd.
Two Irvington Centre
Rockville, MD 20850-5735

Debtor(s) Counsel
STEVEN L. SCHILLER, ESQ.
4 WEST FOURTH STREET
SUITE 200
NEWPORT, KY  41071

Debtor(s)
DARRELL D. TENPENNY
6833 KENTON AVENUE
CINCINNATI, OH  45236

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)